# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HANNA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 19-CV-0973 W (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 20]** |

　　　Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 20] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

　　　**IT IS SO ORDERED**.

Dated: March 16, 2020

_____
Hon. Thomas J. Whelan
United States District Judge